UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-209-F

| | | |
|---|---|---|
| RETROFIT TRINIDAD LIMITED, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYCO ELECTRONICS CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |

On March 3, 2009, the parties in this action filed with this court their Stipulation of Dismissal [DE-32] with prejudice, stipulating that all claims and counterclaims in this matter had been settled, and stating that each party agreed to being held responsible for its own attorneys' fees and costs. Accordingly, the Defendant's Partial Motion to Dismiss [DE-6] hereby is DENIED as moot, as are all other pending motions before this court. The Clerk of Court is directed to close this case.

SO ORDERED.

This the 4th day of March, 2009.

JAMES C. FOX
Senior United States District Judge